# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2366
_____

Timmy J. Reichling

*Petitioner - Appellant*

v.

J. Best, Correctional Officer; D. Drillings, Correctional Officer; Federal Bureau of
Prisons, Sandstone; T. J. Fikes, Warden; Johnson, Correctional Officer; Dr. Ann
LaValley-Wood, Chief Psychologist; T. Radzewicz, Correctional Officer; T.
Scullard, Correctional Officer; Dr. Warlick, Staff Psychologist; White,
Correctional Officer; R. Zaudkte, Correctional Officer

*Respondents - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: October 13, 2022
Filed: October 21, 2022
[Unpublished]
_____

Before COLLOTON, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

In prisoner Timmy Reichling's civil rights action, he appeals the district court's[1] interlocutory order denying his request for preliminary injunctive relief. Because, as Reichling concedes in his pro se brief, his transfer to another prison during the pendency of his action mooted his request for injunctive relief, we lack jurisdiction. See Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (claim is moot if issue presented is no longer live); Morgenstern v. Wilson, 29 F.3d 1291, 1294-95 (8th Cir.1994) (review of interlocutory ruling related to injunctive relief). To the extent that Reichling challenges the without-prejudice denial of his motion for counsel, we find no abuse of discretion. See Ward v. Smith, 721 F.3d 940, 942-43 (8th Cir. 2013) (per curiam) (denial of motion for appointment of counsel in § 1983 action is immediately appealable and reviewed for abuse of discretion). The appeal is dismissed. See 8th Cir. R. 47A(a).

_____

---

[1]The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota, now retired.